**FILED**

APR 2 6 2016

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

AO 455 (Rev.5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____SOUTHERN_____   DISTRICT OF ____ILLINOIS____

UNITED STATES OF AMERICA

v.                                               *WAIVER OF INDICTMENT*

BRIDGET BRASFIELD,                    Case Number: 16-cr-30054-SMY

     I, Bridget Brasfield, the above-named defendant, who is accused of, Health Care Fraud and Money Laundering, all in violation of:

Health Care Fraud, 18 U.S.C. 1347 and
Money Laundering 18 U.S.C. 1957

being advised of the nature of the charge(s), the proposed Information, and of my rights, hereby waive in open court on _____, prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment.

_____
BRIDGET BRASFIELD
Defendant

_____
LENNY KAGAN
Counsel for Defendant

Before _____
          **Judicial Officer**